UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:10cr13-FDW

| | |
|---|---|
| UNITED STATE OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILSON GEOVANNY TOVAR ENAMORADO, )<br>)<br>Defendant. )<br>_____ ) | FINAL ORDER OF FORFEITURE |

On May 28, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Count One in the Bill of Indictment. As to that Count, Defendant was convicted of possession of a firearm by an illegal alien, in violation of 18 U.S.C. § 922(g)(5).

On June 11, 2010 through July 10, 2010, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from June 11, 2010 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One .40 caliber Smith and Wesson pistol, Model SW40C and ammunition**.

Signed: August 10, 2010

*[Signature]*
Frank D. Whitney
United States District Judge